# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: Bradley S. Moffitt | ) | CHAPTER 13 |
| | ) | CASE NO: 12-84716 |
| Debtor(s) | ) | |

PRECONFIRMATION MODIFICATION DATED: __1/21/13__
OF CHAPTER 13 PLAN

The Debtor(s)' Chapter 13 Plan filed on December 19, 2012 is hereby modified as follows:

☐ 1. <u>Plan Term and Payments</u>
The Debtor(s)' shall pay to the Trustee $ .00 monthly for ___ months for total plan payments of $_____.

☐ 2. <u>Priority claim of Debtor(s)' Attorney</u>
Priority claim of Debtor(s)' attorney shall be payable in monthly installments of $___.

☒ 3. <u>Mortgage Arrears</u>
(a) To creditor, __HSBC Mortgage Services, Inc.__, arrears of $ __32,465.00__ payable monthly ☒ pro rata w/payments of secured claims /OR/ ☐ in fixed installments of $_____ And payable ☒ w/o interest /OR/ ☐ w/interest @ an annual percentage rate of _____%.
(b) To creditor, _____, arrears of $_____ payable monthly ☒ pro rata w/payments of secured claims /OR/ ☐ in fixed installments of $ and payable ☒ w/o interest /OR/ ☐ w/interest @ an annual percentage rate of _____%.
These arrearage payments, over the term of the plan, are estimated to total $_____.

☐ 4. <u>Other Secured Claims</u>
(a) Creditor _____ Collateral _____ Amount of secured claim $_____ ☐Pro rata w/ payments of secured claims.
☒ At interest rate of __%. Fixed monthly payment: $ _____
(b) Creditor _____ Collateral _____
Amount of secured claim $_____ ☐Pro rata w/payments of secured claims.
☒ At interest rate of _____% . Fixed monthly payment: $_____

☐ 5. <u>Unsecured Claims</u> - All allowed non-priority unsecured claims, not specially classified, including, unsecured deficiency claim under 11 U.S.C. § 506(a) shall be paid pro rata, ☐ in full /OR/ ☒ to the extent possible but not less than _____% of their allowed amount.

☐ 6. <u>Other Special Provisions</u>:


☒ 7. No other changes are proposed other than those indicated above.

Signature:

Bradley S. Moffitt, Debtor

By: _____[signature]_____ Date 1/21/13
Gary C. Flanders
Debtor(s)' Attorney

Gary C. Flanders
Debtor(s) Attorney
One Court Place
Suite 201
Rockford, IL 61101
(815) 962-7084